# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.            CASE NO: 8:16-cr-372-CEH-AEP

WALTER FAMBRO

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on the Superseding Violation of Supervised Release of the United States Magistrate Judge (Doc.69), entered May 18, 2022, a Final Revocation Hearing was previously scheduled for May 26, 2022 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 24th day of May 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services